USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/13/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DENISE CRUMWELL,**

                   **Plaintiff,**

      **-against-**

**STEPHANIE GOTTLIEB LLC,**

                   **Defendant.**

**21-cv-9493(ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

Dated:    January 13, 2022
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**